UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLON A. BARNES,

Plaintiffs,

v. CASE NO. 6:25-cv-02441-PGB-DCI

BROKER SOLUTIONS INC., DBA NEW AMERICAN FUNDING; SELENE FINANCE LP; U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI CGS MORTGAGE LOAN TRUST I; AND U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RCAF ACQUISITION TRUST,

Defendants.
_______________________________________/

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant U.S. Bank Trust National Association, as Trustee for CVI CGS Mortgage Loan Trust I ("**CVI U.S. Bank**") responds to the Order to Show Cause entered on November 24, 2026. (Doc. 97.)

Counsel for CVI U.S. Bank inadvertently did not attend the November 24, 2026 hearing on Plaintiff's Motion for Clerk's entry of Default against Defendant, Broker Solutions Inc. because (i) the hearing was not properly calendared on the firm's calendar; and (ii) CVI U.S. Bank was unable to immediately notify the Court if they resolved all or part of the pending motion as set forth in the hearing notice, because

the motion was directed toward the inaction of a different defendant that we do not represent. True and correct copies of declarations supporting the miscalendering of the hearing are attached to this response.

CVI U.S. Bank respectfully requests this Court to discharge the Order to Show Cause, and for such other relief as the Court deems just and proper.

Respectfully submitted,

ATLAS | SOLOMON, LLP
***Counsel for U.S. Bank Trust National Association, as Trustee for CVI CGS Mortgage Loan Trust I***

By: /s/ Justin E. Hekkanen
Justin E. Hekkanen, Esq.
Florida Bar No. 33712
819 SW Federal Highway, Suite 306
Stuart, FL 34994
Telephone: (772) 247-0157
Facsimile: (772) 419-8067
servicemailbox@atlas-solomon.com
jhekkanen@atlas-solomon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2026 a true and correct copy of the foregoing has been electronically filed using the CM/ECF electronic filing system which will provide notice to all counsel of record via e-mail; and has been served via U.S. Mail on: Marlon A. Barnes, *pro se,* 9006 Wildflower Lane, Kissimmee, FL 34747.

ATLAS | SOLOMON, LLP

By: /s/ Justin E. Hekkanen
Justin E. Hekkanen, Esq.